# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KEITH HOLIDAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Civil Action File No.** |
| v. ) | **1:15-cv-02172-TCB** |
| ) | |
| RANDSTAD US, L.P., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED among the parties that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above action and all claims asserted therein is dismissed with prejudice, with each party to bear their own costs and fees.

Respectfully submitted this 14th day of August, 2015.

[SIGNATURE PAGE FOLLOWS]

1

2

| | |
|---|---|
| **COHAN LAW GROUP, LLC** | **SEYFARTH SHAW LLP** |
| */s/ Michelle L. Wein* | */s/ Benjamin D. Briggs* |
| LOUIS R. COHAN<br>Georgia Bar No. 173357<br>MICHELLE L. WEIN<br>Georgia Bar No. 385424<br>3340 Peachtree Road NE, Suite 2570<br>Atlanta, Georgia 30326<br>(404) 891-1770 (telephone)<br>(404) 891-5094 (facsimile)<br>lcohan@cohanlawgroup.com<br>mwein@cohanlawgroup.com<br>*Attorneys for Plaintiff* | BENJAMIN D. BRIGGS<br>Georgia Bar No. 081902<br>1075 Peachtree St. NE, Suite 2500<br>Atlanta, Georgia 30309-3962<br>(404) 885-1500 (telephone)<br>(404) 892-7056 (facsimile)<br>bbriggs@seyfarth.com<br>*Attorney for Defendant* |